Argued May 16, reversed and remanded for resentencing May 30, 1978

STATE OF OREGON, *Respondent,*
*v.*
JEROME KENNETH SALWEI, *Appellant.*
(No. C 77-08-11389, CA 9752)
579 P2d 269

Thomas J. Crabtree, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Reversed and remanded for resentencing. *State v. Bussey,* 34 Or App 535, 579 P2d 264 (1978).